**Eugene STUBBLEFIELD, Appellant,**

v.

**CITY OF ST. LOUIS, et al., Respondent.**

No. ED 101907

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: May 5, 2015

James G. Nowogrocki, Kathleen Mannion Dunnegan, 1015 Locust Street, Suite 400, St. Louis, MO 63101, for appellant.

Winston E. Calvert, Michael A. Garvin, Room 314, City Hall, St. Louis, Missouri 63103, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Eugene Stubblefield ("Appellant") appeals from the trial court's judgment affirming the decision of the Civil Service Commission ("the Commission") to uphold Appellant's termination from his position as Commissioner of the Division of Corrections by the St. Louis Department of Public Safety. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).